**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00834-CR
No. 05-13-00836-CR

**GREGORY MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60606-J, F1260605-J**

## ORDER

The Court **REINSTATES** the appeals.

On March 24, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 7, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 24, 2014 order requiring findings.

We **GRANT** the April 7, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE